Certificate Number: 05781-TXE-DE-041683190

Bankruptcy Case Number: 26-10588

05781-TXE-DE-041683190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2026, at 12:50 o'clock PM PST, Jorge Silva Pupo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: November 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President